```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Jason A. Czekalski

    v.

                                            Case No. 17-cv-00557-JL

NH Department of Corrections,
Commissioner et al


                                    <u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 2, 2018.

                                                 /s/ Joseph N. LaPlante
                                                 _____
                                                 Joseph N. LaPlante
                                                 Chief Judge

Date: April 10, 2018


Cc: Jason Czekalski, pro se
    Lawrence Edelman, Esq.
    Seth Michael Zoracki, Esq.