```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Jason A. Czekalski

    v.                                        Case No. 17-cv-00557-JL

NH Department of Corrections,
Commissioner

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 8, 2019. The motion for temporary restraining order and preliminary injunction (Doc. No. 59) is denied.

                                                _____
                                                Joseph N. Laplante
                                                United States District Judge

Date: September 10, 2019

cc: Jason A. Czekalski, pro se
    Counsel of Record